IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| CARLTON ANDERSON, # 97475-020, | ) ) ) |
| Petitioner, | ) ) |
| v. | ) )  CASE NO. 2:15-CV-692-WKW |
| JAY JONES, *et al.*, | ) ) ) |
| Respondents. | ) ) ) |

## **ORDER**

On October 19, 2015, the Magistrate Judge filed a Recommendation to which no timely objections have been filed. (Doc. # 2.) Upon an independent review of the file and upon consideration of the Recommendation, it is ORDERED that the Recommendation is ADOPTED, and that this case is DISMISSED without prejudice.

A separate final judgment will be entered.

DONE this 12th day of November, 2015.

/s/ W. Keith Watkins
CHIEF UNITED STATES DISTRICT JUDGE